JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-00220-ODW (MARx) | Date | April 20, 2022 |
|---|---|---|---|
| Title | *Hee Soon Park v. Lowe's Home Centers, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

Pursuant to Plaintiff's Notice of Voluntary Dismissal, (ECF No. 20), and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED**; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar.

Pursuant to Plaintiff's request, this dismissal shall automatically convert to a dismissal with prejudice upon Plaintiff's filing, no later than **thirty (30) days** from the date of this Order, a Notice of Dismissal with Prejudice.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                   : 00

Initials of Preparer   SE